LOTTIE SNYDER, Appellant, v. SAMUEL BRILL, Respondent. PARKBROOK REALTIES, INC., and Others, Defendants. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. SAMUEL PACHT, etc., and Others, Appellants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MAX STERN and HERMAN WEISS, Respondents, v. VITO DEMARZO and ANNA DEMARZO, Appellants. ROBERT PIERRI and Others, Defendants.— Motion to dismiss appeal denied. The attorney for appellants should make and serve a case on appeal in affidavit form in accordance with the proof as recollected; the attorney for respondents to make and serve amendments thereto in affidavit form in accordance with his recollection. The case may then be settled by the trial justice. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FREDERICK B. STRECKER, Appellant, v. STEPHEN P. JEWETT and EDMUND J. BARNES, Respondents.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VICTORY CLEANERS & DYERS, INC., Respondent, v. WILLIAM KASHNER and Others, Appellants.— Motion for stay granted to the extent indicated in the order to show cause upon which the application was made. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT and Others, etc., Appellants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondents one hundred dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

IDA WEISS, Respondent, v. ISIDORE WEISS, Appellant.— Motion to dismiss appeal from order dated June 2, 1928, granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

IDA WEISS, Respondent, v. ISIDORE WEISS, Appellant.— Motion to dismiss appeal from order dated September 1, 1928, denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ABRAHAM WIESENFELD and WILLIAM HONIG, Copartners, etc., Respondents, v. SAMUEL HELLER, Individually and as Agent, etc., and Others, Appellants.— Motion for stay denied. Case set down for trial at Kings County Special Term for the trial of issues, Part 3, on Monday, October 15, 1928. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MAY WISHNEW, Appellant, v. JOSEPH WISHNEW, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

DORBET REALTY CO., INC., Respondent, v. WILKINS AVENUE MARKET, INC.,